# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:11cr65

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| MARRISEA HAWKINS, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's unopposed Motion to Amend Final Judgment (#63). Having considered defendant's motion and reviewed the pleadings, the court enters the following Order as it appears that defendant's recommended designation should reflect her hometown of Cambridge, Maryland, rather than the location recommended in the Judgment (#61), which was entered in error.

# ORDER

**IT IS, THEREFORE, ORDERED** that defendant's unopposed Motion to Amend Final Judgment (#63) is **GRANTED,** and the Clerk of Court shall prepare and submit to chambers an Amended Judgment reflecting that defendant's recommended designation be close to Cambridge, Maryland.

Signed: August 7, 2012

Max O. Cogburn Jr.
United States District Judge